In the Matter of YEHUDA HERSKOVIC, Petitioner, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, Respondent. [867 NYS2d 703]—

The determination that the petitioner violated Vehicle and Traffic Law § 1111 (d) (1) and § 1229-c (3-a) is supported by substantial evidence. Issues of credibility were primarily for the fact-finder to resolve and we see no basis to overturn the fact-finder's determination (*see Matter of Fischer v Appeals Bd. of N.Y. State Dept. of Motor Vehs.*, 49 AD3d 643 [2008]).

The petitioner's remaining contentions are without merit. Ritter, J.P., Florio, Miller and Carni, JJ., concur.